1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM THOMAS COATS,

11            Plaintiff,                        No. CIV S-09-1301 MCE GGH P

12        vs.

13   MIKE MCDONALD, et al.,

14            Defendants.                       ORDER

15   _____/

16            Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action

17   filed pursuant to 42 U.S.C. § 1983.  By order filed on July 14, 2009, plaintiff's complaint was

18   dismissed with leave to file an amended complaint.  Plaintiff has now filed an amended

19   complaint.

20            The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C.

21   § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the amended complaint are proven,

22   plaintiff has a reasonable opportunity to prevail on the merits of this action.

23   /////

24   /////

25   /////

26   /////

1        In accordance with the above, IT IS HEREBY ORDERED that:

2        1.  Service is appropriate for the following defendants: Chief Medical Officer

3    CMO) Michael Fox; CMO Dorothy Swingle;[1] Dr. Nepomuceno; Physician's Assistant Raphael

4    Miranda.

5        2.  The Clerk of the Court shall send plaintiff four (4)  USM-285 forms, one

6    summons, an instruction sheet and a copy of the amended complaint filed August 13, 2009

7    (docket # 13).

8        3.  Within thirty days from the date of this order, plaintiff shall complete the

9    attached Notice of Submission of Documents and submit the following documents to the court:

10            a.  The completed Notice of Submission of Documents;

11            b.  One completed summons;

12            c.  One completed USM-285 form for each defendant listed in number 1

13            above; and

14            d.  Five (5) copies of the endorsed amended complaint filed August 13,

15            2009 (dkt # 13).

16        4.  Plaintiff need not attempt service on defendants and need not request waiver of

17    service.  Upon receipt of the above-described documents, the court will direct the United States

18    Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

19    without payment of costs.

20   DATED: August 31,2009

21

22                                            /s/ Gregory G. Hollows
                                         _____
23   GGH:009                              UNITED STATES MAGISTRATE JUDGE
     coat1301.1am
24

25   _____

26       [1] Plaintiff identifies Dr. Fox as CMO at Deuel Vocational Institution and Dr. Swingle as
     High Desert State Prison's CMO.

2

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM THOMAS COATS,

11           Plaintiff,                          No. CIV S-09-1301 MCE GGH P

12       vs.

13   MIKE MCDONALD, et al.,                      NOTICE OF SUBMISSION

14           Defendants.                            OF DOCUMENTS

15   _____/

16           Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18            1      completed summons form

19            4      completed USM-285 forms

20            5      copies of the   8/13/2009
                                    Amended Complaint

21   DATED:

22

23                                    _____
                                      Plaintiff
24

25

26